Mar 9th, 2015

12,460-11

Abel Acosta. Clerk;
Court of Criminal Appeals.
P.O. Box 12308, Capitol Station
Austin, Tex 78711

Dear Clerk;

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 11 2015

Abel Acosta, Clerk

I'am Writing you this brief Letter in hoping
in hopes to Obtain a Supplement Ground
of Error in Writ Number-12,460-11) from
Harris County, Tex. Cause Number (1376308-A)
Sir, the Ground of Error is dealing With
Jury Number #25 it is Supplemented into
the. 11.07 Writ of Habeas Corpus. Mr. Acosta,
I'am Willying to Pay For the Supplement
Page. Please!! Tell me What the Cost Will be
For that Page or Pages and Where do I Send
the Money, do I Send it to your Office?
or to Who? Please Contact me back and Let
me Know Who Office I Send the money to
Once again, I'm in Serach For the, Supplement
Ground of Error, I add to the Writ Concerning
Juror #25 Under the Ineffective Assistance
of Counsel.

Thanking you in Advance
Respectfully Submitted.
Odell Burgess

C.C.
O.B.